UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------
RONALD WATTS,

                                  Petitioner,


    -v.-                                                                                               9:04-CV-0215
                                                                                               (NAM)(GHL)

M. RABIDEAU, Superintendent,


                                  Respondent.
--------------------------------------------------------------------------

**APPEARANCES:**                                      **OF COUNSEL:**

RONALD WATTS
Petitioner, *pro se*
02-B-0948
Groveland Correctional Facility
Route 36, Sonyea Road
Sonyea, NY 14556-0001

HON. ELIOT SPITZER                             SENTA B. SIUDA, ESQ.
Office of the Attorney General
Counsel for Respondent
State of New York
615 Erie Boulevard West
Suite 102
Syracuse, NY 13204

GEORGE H. LOWE, U.S. MAGISTRATE JUDGE

## **ORDER**

     Presently before this Court is a request from petitioner Ronald Watts ("petitioner" or "Watts") to lift the stay on his habeas petition. See Dkt. No. 17.

     This Court stayed this action so that petitioner could pursue a writ of error coram nobis in the State courts. Dkt. No. 15. The Stay Order directed petitioner to file copies of the State court decisions addressing the writ of error coram nobis once they were brought to a final conclusion.

     Petitioner has now provided the Court copies of the decisions from the Appellate

Division, Fourth Department and the New York Court of Appeals.  *See* Dkt. No. 17.

Accordingly, the stay imposed on this action may now be lifted and this matter may be permitted to proceed.  The respondent previously filed a response to the petition.  Dkt. No. 11.  In the event respondent wishes to amend or supplement that response, he may do so within forty five (45) days from the filing date of this Order.

   WHEREFORE, it is hereby

   ORDERED, that the stay imposed in this action be lifted, and it is further

   ORDERED, that respondent may supplement or amend his response to the petition within forty five (45) days from the filing date of this Order, and it is further

   ORDERED, that the Clerk serve a copy of this Order on the parties in accordance with the Local Rules.

Dated: April 22, 2005
       Syracuse, New York

*[signature]*
George H. Lowe
United States Magistrate Judge